1 **LOKER LAW, APC**
Matthew M. Loker (279939)
2 matt@loker.law
Telephone: (805) 994-0177
3 Nicholas J. Enns (356855)
4 nick@loker.law
Telephone: (805) 222-0406
5 132 Bridge Street
6 Arroyo Grande, CA 93420
7
8 *Attorneys for Plaintiff,*
DAVID OELFKE
9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID OELFKE,** | **Case No.:** 3:25-cv-00505-W-BLM |
| Plaintiff, | |
| v. | **PROOF OF SERVICE OF SUMMONS RE: DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.** |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | |
| Defendant. | **HON. THOMAS J. WHELAN** |

---

**CASE NO.: 3:25-cv-00505-W-BLM**                *Oelfke v. Midland Credit Management, Inc.*
**PROOF OF SERVICE OF SUMMONS RE: DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.**

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of California

Case Number: 25-CV-00505-W-BLM

Plaintiff:
**David Oelfke**

vs.

Defendant:
**Midland Credit Management, Inc.**

For:
Matthew M. Loker, Esq.
Loker Law, APC
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420

Received by Sano Attorney Service to be served on **Midland Credit Management Inc., 2710 Gateway Oaks Drive, 150N, Sacramento, CA 95833**.

I, Ritong Kylee Iechad, do hereby affirm that on the **6th day of March, 2025** at **1:58 pm**, I:

served a **CORPORATION**, pursuant to Rule 4 of the Federal Rules of Civil Procedure, by delivering a true copy of the **Summons; Complaint; Civil Case Cover Sheet** to: **CSC-Lawyers Incorporating Service, Maddie Bright Authorized Person,** at the address of: **2710 Gateway Oaks Drive, 150N, Sacramento, CA 95833**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

_____
Ritong Kylee Iechad
150

**Sano Attorney Service
P.O. Box 1568
Riverside, CA 92502
(909) 425-2248**

Our Job Serial Number: SNO-2025001234
Ref: Oelfke v. Midland Credit Management, Inc
Service Fee: $149.00

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

