**LOKER LAW, APC**
Matthew M. Loker (279939)
matt@loker.law
Telephone: (805) 994-0177
Nicholas J. Enns (356855)
nick@loker.law
Telephone: (805) 222-0406
132 Bridge Street
Arroyo Grande, CA 93420

**LAW OFFICE OF ALBERT R. LIMBERG**
Albert R. Limberg, Esq. (211110)
alimberg@limberglawoffice.com
3667 Voltaire Street
San Diego, CA 92106
Telephone: (619) 344-8667
Facsimile: (619) 344-8657

*Attorneys for Plaintiff,*
DAVID OELFKE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**DAVID OELFKE,**

Plaintiff,

**v.**

**MIDLAND CREDIT MANAGEMENT, INC.,**

Defendant.

**Case No.:** 3:25-cv-00505-W-DDL

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

**Judge: Hon. Thomas J. Whelan**
**Magistrate Judge: David D. Leshner**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

Pursuant to Local Rule 7.2 and Federal Rule of Civil Procedure 41(a), Plaintiff David Oelfke and Defendant Midland Credit Management, Inc. by and through undersigned counsel, jointly move the Court to dismiss this action in its entirety with prejudice. Each party to bear its own costs and attorneys' fees.

Date: August 27, 2025 **LOKER LAW, APC**

BY: ___/S/ MATTHEW M. LOKER___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**SOLOMON WARD SEIDENWURM & SMITH, LLP**

By: ___/s/ THOMAS F. LANDERS
THOMAS F. LANDERS, ESQ.
ATTORNEY FOR DEFENDANT, MIDLAND CREDIT MANAGEMENT, INC.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: August 27, 2025 **LOKER LAW, APC**

___/S/ MATTHEW M. LOKER___
MATTHEW M. LOKER, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

# CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Motion to Dismiss Defendant Midland Credit Management, Inc. With Prejudice* has been submitted on August 27, 2025 to all defense counsel of record via e-mail.

___/S/ MATTHEW M. LOKER___
MATTHEW M. LOKER, ESQ.