**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**DAVID OELFKE,**

Plaintiff,

**v.**

**MIDLAND CREDIT MANAGEMENT, INC.**

Defendant.

**Case No.:** 3:25-cv-00505-W-DDL

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Parties' Joint Motion for Dismissal with Prejudice, the above-entitled action is dismissed in its entirety with prejudice. Each party shall bear its/his own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 27, 2025

Hon. Thomas J. Whelan
United States District Judge